## SEAN DOYLE *v.* METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY
## (AC 17006)

Foti, Lavery and Spear, Js.

Argued February 17—officially released March 10, 1998

Per Curiam. The judgment is affirmed.

## LOUISE D. ROBINSON *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
## (AC 17117)

O'Connell, C. J., and Schaller and Daly, Js.

Argued February 17—officially released March 10, 1998

Per Curiam. The judgment is affirmed.

## KATRINA PETERS, EXECUTRIX (ESTATE OF JOHN E. PETERS) *v.* ANDREW WILSON
## (AC 16428)

Landau, Schaller and Hennessy, Js.

Argued February 20—officially released March 10, 1998

Per Curiam. The judgment is affirmed.